IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CERILLO,<br><br>            Plaintiff,<br>    v.<br><br>WEST PARK ELEMENTARY SCHOOL DISTRICT, STEVEN IRBY, RALPH VIGIL, and DOES 1 through 10, inclusive,<br><br>            Defendants. | 1:08-CV-1147  AWI SMS<br><br>ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO RESET HEARING DATE, AND ORDER TAKING MATTER UNDER SUBMISSION |

    Defendants have noticed for hearing and decision a motion for summary judgment. The matter is scheduled for a hearing on August 31, 2009. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

    The Court notes, however, that Defendants filed objections to evidence submitted by Plaintiff in opposition. Plaintiff will be given the opportunity to file a response to those objections if she wishes to do so.

    Additionally, Plaintiff has filed an ex parte application to reset the hearing date, which has been opposed by Defendants. Since the Court will take the matter under submission, the ex parte application is moot.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of August 31, 2009, is VACATED, the parties shall not appear at that time, and as of August 31, 2009, the Court will take the matter under submission and will thereafter issue its decision;

2. If she wishes to do so, Plaintiff may file a response to Defendants' objections (Docket Entry No. 52) on or by August 31, 2009; and

3. Plaintiff's ex parte application to reset the hearing in this matter is DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 25, 2009**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE